UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LARRY ZANE SHORT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-cv-02917 |
| | ) | CHIEF JUDGE CRENSHAW |
| U.S. DEPARTMENT OF STATE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. No. 23) recommending that this case be transferred to the Western District of Tennessee. Having reviewed the matter in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition because (1) Plaintiff has not shown that any events giving rise to his claims occurred in this District, (2) neither Defendants nor Plaintiff reside in this District, and (3) 28 U.S.C. § 1402 provides for venue in the District where a plaintiff resides or where the act or omission complained of occurred.

Accordingly, the Report and Recommendation (Docket No. 23) is **ACCEPTED** and **APPROVED,** Defendants' Motion to Dismiss for Improper Venue or in the Alternative Transfer Venue (Doc. No. 14) is **GRANTED**, and this case is hereby **TRANSFERRED** to the United States District Court for the Western District of Tennessee.

It is SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE